**Electronically Filed
Supreme Court
SCWC-22-0000128
04-APR-2024
07:53 AM
Dkt. 7 ODAC**

SCWC-22-0000128

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

K.T.,
Petitioner/Petitioner-Appellant,

vs.

K.H.,
Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000128; CASE NO. 1DA211002876)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Cahill, in place of Ginoza, J., recused)

Petitioner/Petitioner-Appellant K.T.'s Application for

Writ of Certiorari, filed on February 29, 2024, is hereby

rejected.

DATED: Honolulu, Hawai'i, April 4, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

